# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA A CORNISH | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J ASTRUE<br>Commissioner of Social Security Administration | CASE NUMBER: C07-5364FDB |

   \_\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The administrative decision is AFFIRMED.

| | |
|---|---|
| June 23, 2008 | BRUCE RIFKIN<br>Clerk |
| | s/ D. Forbes<br>By, Deputy Clerk |